OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 JUN 03 2015
$ 000.27⁵

6/3/2015
PRIEGO, MARISOL          Tr. Ct. No. 41,399-B

COA No. 06-14-00008-CR
PD-0269-15

On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

MARISOL PRIEGO
TDC# 1608599
MURRAY UNIT
1916 N. HWY 36 BYPASS
GATESVILLE, TX 76596

U T F